USCA1 Opinion

 

 December 21, 1993 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ___________________ No. 93-1372 CRAIG VERNON BROBERG, Appellee, v. BARRE SAVINGS BANK, Appellee, ____________________ PENELOPE NORTHROP BROBERG, Appellant. __________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. William G. Young, U.S. District Judge] ___________________ ___________________ Before Breyer, Chief Judge, ___________ Selya and Cyr, Circuit Judges. ______________ ___________________ Penelope Northrop Broberg on brief pro se. _________________________ Paul M. Cranston on Motion to Dismiss for appellee Barre _________________ Savings Bank. __________________ __________________ Per Curiam. Appellants have appealed from the ___________ district court's June 3, 1992 order denying a preliminary injunction in conjunction with appellants' appeal from a bankruptcy court dismissal of their action under 11 U.S.C. 109(g)(1). The district court denied preliminary injunctive relief because appellants had "failed to submit any affidavit from the Chapter 13 trustee as directed by the [district court]" and "the data submitted being unverified by oath or otherwise," had "failed to demonstrate a reasonable likelihood of success on the merits." We have reviewed appellants' brief and the portions of the district court and bankruptcy court records submitted to us. Appellants have not shown that the district court erred or abused its discretion in denying preliminary injunctive relief. The June 3, 1992 order denying a preliminary injunction is summarily affirmed. First Circuit Rule 27.1. -2-